**UNITED STATES DISTRICT COURT**
**Southern District of New York**


*244997*

**AFFIDAVIT OF SERVICE**

Index no :1:23-cv-09856

**CE3 LLC**

       Plaintiff(s),

vs.

**Chicken Soup for the Soul Entertainment, Inc., et al**

       Defendant(s).
_____/

**STATE OF CONNECTICUT**
                ss: East Hartford
**HARTFORD COUNTY**

Eric Rubin, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **11/15/2023** at **2:50 PM**, I served the within **Summons in a Civil Action, Complaint and demand for Jury Trial** on **Chicken Soup for the Soul Entertainment, Inc.** at **132 E. Putnam Avenue, Cos Cob, CT 06807** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of each to **Dawn Aquino, Office Manager/Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Chicken Soup for the Soul Entertainment, Inc.**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 59 | 5'5" | 150 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
November 16, 2023
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X_____
Eric Rubin
Preferred Process Servers, Inc.-Whitestone, NY
166-06 24th Road
Whitestone, NY 11357
718-362-4890
Atty File#:

AMY J. CHANTRY
NOTARY PUBLIC
My Commission Expires Mar. 31, 2028