| | |
|---|---|
| US DISTRICT COURT : SOUTHERN DISTRICT | Job #: 1545734 |

Client: ABELL ESKEW LANDAU LLP
Address: 256 FIFTH AVENUE, 5TH FLR  NEW YORK , NY 10001

| | |
|---|---|
| CE3 LLC | Index Number: 1:23-CV-09856-JMF |
| vs *Plaintiff* | Client's File No.: ce3 vs chicken |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., AND TOFG LLC D.B.A.1091 | Court Date: |
| *Defendant* | Date Filed: 11/13/2023 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
JEREMY COLEY, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/16/2023**, at **2:10 PM** at: **122 EAST 42ND ST. 18TH FLOOR, NEW YORK, NY 10468** Deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT**

On: **TOFG LLC D.B.A 1091 C/O COGENCY GLOBAL REGISTERED AGENT** , Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **Petrona Verala** personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be General Agent authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Black | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 36 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 11/29/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2027

JEREMY COLEY
DCA License # 2112626

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*