UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CE3 LLC,

       *Plaintiff,*

-v-

CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., and TOFG LLC d.b.a. 1091,

       *Defendants.*

CIVIL ACTION NO: 1:23-v-09856

**STIPULATION OF DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that all claims asserted in this action by plaintiff CE3 LLC ("Plaintiff") against defendants CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., and TOFG LLC d.b.a. 1091 ("Defendants") are hereby dismissed with prejudice and without costs, disbursements, or attorney's fees, as to any party as against the other, and that this stipulation may be filed with the Clerk of the Court without further notice.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterparts, and that facsimile and e-mail signatures are acceptable as original signatures.

Dated: January 22, 2023
       New York, New York

ABELL ESKEW LANDAU LLP

By:    /s/ *Scott R. Landau*
Scott R. Landau (SL-3778)
256 5th Avenue, 5th Floor
New York, New York 10001
Tel. (646) 970-7343
slandau@aellaw.com

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

[signature]

January 23, 2024

GRAUBARD MILLER

By:    /s/ *Caryn L. Marcus*
Caryn L. Marcus
405 Lexington Avenue, 44th Floor
New York, New York 10174
(212) 818-8695
cmarcus@graubard.com